812 A.2d 1164

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY, Petitioner,

v.

John McANINLEY, Respondent.

Supreme Court of Pennsylvania.

Dec. 17, 2002.

## ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2002, the Petition
for Allowance of Appeal is granted and the Order of the
Superior Court is reversed on the basis of *Burstein v. Pruden-
tial Prop. & Cas. Ins. Co.*, 570 Pa. 177, 809 A.2d 204 (2002).
The Application for Supersedeas and Stay of Superior Court
Judgment and Decision is dismissed as moot.